IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ESTER GRACE J. DONALD,           )
                                 )    02:05-cv-1578-GEB-PAN
              Plaintiff,         )
                                 )
         v.                      )
                                 )    ORDER
AMERICAN HOME ASSURANCE COMPANY  )
and STONEBRIDGE LIFE INSURANCE   )
COMPANY,                         )
                                 )
              Defendants.        )
                                 )
```

      Plaintiff's objection "to the Notice of Electronic Filing summarizing the [Status (Pretrial Scheduling)] Order" concerns a matter which does not constitute a judicial ruling.  Therefore, the objection is deemed withdrawn.

DATED:  November 10, 2005

                                        /s/ Garland E. Burrell, Jr.
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge