```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


ESTER GRACE J. DONALD,           )
                                 )    2:05-cv-1578-GEB-PAN (JFM)
                Plaintiff,       )
                                 )    ORDER
       v.                        )
                                 )
AMERICAN HOME ASSURANCE COMPANY, )
and STONEBRIDGE LIFE INSURANCE   )
COMPANY,                         )
                                 )
                Defendants.      )
                                 )
```

On April 10, 2006, the parties lodged a "Stipulation and [Proposed] Order to Partially Revise the Court's Status (Pretrial Scheduling) Order." The Stipulation and Proposed Order will not be signed.

IT IS SO ORDERED.

Dated:  April 14, 2006

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge