1    DOUGLAS K. deVRIES  (SB#70633)
deVRIES LAW FIRM
2    1792 Tribute Road, Suite 480
Sacramento, CA  95815
3    Tel: (916) 473-4343
Fax: (916) 473-4342
4

5    ROBERT K. SCOTT  (SB#67466)
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
6    Irvine, CA 92618
Tel:  (949) 753-4950
7    Fax:  (949) 753-4949

8

Attorneys for Plaintiff
9

10

11                     UNITED STATES DISTRICT COURT

12                     EASTERN DISTRICT OF CALIFORNIA

13

14    ESTER GRACE J. DONALD,            Case No. 2:05-CV-01578-GEB-PAN

15

16                 Plaintiff,       **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT, STONEBRIDGE LIFE INSURANCE COMPANY, ONLY**
17    vs.

18    AMERICAN   HOME   ASSURANCE
COMPANY;  and  STONEBRIDGE  LIFE
19    INSURANCE COMPANY,

20              Defendants.

21    _____/

22       Plaintiff ESTER GRACE DONALD and Defendant STONEBRIDGE LIFE INSURANCE

23    COMPANY, by and through their respective counsel of record, do hereby stipulate that with regard to

24    the above-referenced matter, the action against defendant STONEBRIDGE LIFE INSURANCE

25    COMPANY **only**, be dismissed with prejudice, with each party to bear its own costs of suit and

26    attorney's fees.

27    ///

28    ///

Dated: July 6, 2006                                    deVRIES LAW FIRM
                                                       LAW OFFICES OF ROBERT K. SCOTT


                                                       By:  /s/ Douglas K. deVries
                                                            DOUGLAS K. deVRIES

Dated: July 6, 2006                                    MANATT, PHELPS & PHILLIPS, LLP


                                                       By:  /s/ Henry Wang
                                                            HENRY WANG
                                                            Attorneys for Defendant, Stonebridge


## **ORDER**

_____Based on the stipulation of the parties set forth above, the matter against defendant,

STONEBRIDGE LIFE INSURANCE COMPANY **only**, is dismissed with prejudice and in its entirety,

with each party to bear its own costs of suit and attorney's fees.

   **IT IS SO ORDERED.**

Dated:  July 24, 2006




                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge